

# NUMBER 13-22-00480-CV

# COURT OF APPEALS THIRTEENTH

# DISTRICT OF TEXAS CORPUS

# CHRISTI – EDINBURG

## IN THE INTEREST OF J.P.S., A CHILD

**On appeal from County Court at Law No. 5
of Nueces County, Texas**

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Order Per Curiam**

On October 7, 2022, appellant Cayla Payne filed a notice of appeal from a final order terminating her parental rights. Appeals in parental termination cases are governed by the rules of appellate procedure for accelerated appeals, which include expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is

filed. *See* TEX. R. JUD. ADMIN. 6.2(a).

Under these expedited deadlines, the reporter's record in this case should have been filed on October 17, 2022, and Payne's brief on November 7, 2022. *See* TEX. R. APP. P. 26.1(b), 35.1(b), 38.6(a). However, Payne's appellate counsel failed to request the reporter's record until November 2, 2022, causing a significant delay in this accelerated proceeding. *See id.* R. 38.6(b)(1) (requiring appellant to request the reporter's record when she files her notice of appeal). To date, the Court has not received the reporter's record or Payne's brief.

To ensure the parties comply with the filing deadlines going forward, the Court orders the court reporter to file the reporter's record by November 14, 2022. The Court further orders Payne to file her brief by December 5, 2022, and appellee to file its brief by December 27, 2022. A request for extension by either party will be disfavored absent extraordinary circumstances.

PER CURIAM

Delivered and filed on the
8th day of November, 2022.